UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Melinda R. K.,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:21-cv-4095

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On July 14, 2022, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending the Court reverse the decision of the Commissioner of Social Security ("Commissioner") and remand this case to the Commissioner and Administrative Law Judge ("ALJ") under Sentence Four of § 405(g). R&R, ECF No. 19.  The R&R notified the parties of their right to object to the recommendations contained therein and warned the parties that a failure to object would result in a forfeiture of: (1) the right to de novo review by the Court and (2) the right to appeal any decision by the Court adopting the R&R.  *Id.* at 17–18.  The deadline for filing objections has passed, and none were filed.  Accordingly, the Court **ADOPTS** the R&R without further review; **REVERSES** the Commissioner's decision, and **REMANDS** this case to the Commissioner and ALJ under Sentence Four of § 405(g).  The Clerk shall enter judgment for Plaintiff and terminate this case.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT